IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Patsy A. Reis, | : |
|     Plaintiff, | : |
| vs. | :   Case Number: 1:12cv319 |
| | :   Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
|     Defendant. | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 28, 2013 a Report and Recommendation (Doc. 21).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 22).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner is **AFFIRMED**.  This matter is **CLOSED** on the docket of the Court.

IT IS SO ORDERED.

                                                                                                          s/Susan J. Dlott
                                                                                             Chief Judge Susan J. Dlott
                                                                                             United States District Court